UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

D-1 RAZAN MATTI,
D-2 ALBERT JAMES SHELBY-JOURNEY-EGNIS,
   a/k/a JAMES EGNIS,

   Defendants.
_____/

Case:2:21-cr-20535
Judge: Lawson, David M.
MJ: Grand, David R.
Filed: 08-18-2021 At 12:44 PM
INDI USA V. MATTI ET AL (DA)

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNTS ONE - SIX
### False Statement and Misrepresented Identification in the Acquisition of a Firearm
### 18 USC § 922(a)(6) and § 2

D-1 RAZAN MATTI

On or about the following dates, in the Eastern District of Michigan, in connection with the acquisition of firearms from a licensed dealer of firearm within the meaning of Chapter 44, Title 18, United States Code, the defendant RAZAN MATTI knowingly made false and fictitious statements to a licensed dealer of firearms and knowingly furnished and exhibited a false, fictitious, and misrepresented identification to a licensed dealer of firearms, and aided, abetted, counseled, commanded, induced, and procured knowingly false and fictitious

1

statements and the knowing furnishing and exhibition of false, fictitious, and misrepresented identification to a licensed dealer of firearms, which statements and identification were intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under chapter 44 of Title 18 in that the purchaser of the firearm furnished and exhibited false, fictitious, and misrepresented identification and falsely and fictitiously represented that she was the actual purchaser of the firearm.

| Count | Date of False Statement | Licensed Dealer of Firearms | Firearms |
|---|---|---|---|
| 1 | August 7, 2020 | Shooter's Service | Glock Model 22 and Del-ton DTI-15 |
| 2 | August 11, 2020 | Dearborn Out | Glock 21 Gen 4 |
| 3 | August 11, 2020 | CC Coins | KEL-TEC CMR30 |
| 4 | August 13, 2020 | CC Coins | Smith & Wesson SD9VE and Glock 17 Gen 4 |
| 5 | August 14, 2020 | Shooter's Service | FN FNS9 |
| 6 | September 2, 2020 | CC Coins | Masterpiece Arms MPA30T, Masterpiece Arms MPA30T, and Masterpiece Arms Defender 30 |

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNTS SEVEN – TEN**
**False Statement and Misrepresented Identification**
**in the Acquisition of a Firearm**
**18 USC § 922(a)(6) and § 2**

D-2  ALBERT JAMES SHELBY-JOURNEY-EGNIS

On or about the following dates, in the Eastern District of Michigan, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, the defendant ALBERT JAMES SHELBY-JOURNEY-EGNIS knowingly made false and fictitious statements to a licensed dealer of firearms and knowingly furnished and exhibited a false, fictitious, and misrepresented identification to a licensed dealer of firearms, and aided, abetted, counseled, commanded, induced, and procured knowingly false and fictitious statements and the knowing furnishing and exhibition of false, fictitious, and misrepresented identification to a licensed dealer of firearms, which statements and identification were intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18 in that the purchaser of the firearm furnished and exhibited false, fictitiously, and misrepresented identification and falsely and fictitiously represented that he was the actual purchaser of the firearm.

3

| Count | Date of False Statement | Licensed Dealer of Firearms | Firearms |
|---|---|---|---|
| 7 | August 4, 2020 | Safe Unlimited | Glock 30S, Miroku Liberty, and Springfield XDM |
| 8 | August 18, 2020 | On Target | Smith & Wesson SD9VE |
| 9 | September 7, 2020 | IFA | Zastava ZPAP92 and Glock 9 |
| 10 | September 9, 2020 | IFA | Zastava ZPAP92 and Zastava ZPAP92 |

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNT ELEVEN
### Willful Engagement in Firearms Business without a License
### 18 U.S.C. § 922(a)(1)(A)

D-1   RAZAN MATTI

In August and September of 2020, in the Eastern District of Michigan, RAZAN MATTI, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

4

## COUNT TWELVE
### Willful Engagement in Firearms Business without a License
### 18 U.S.C. § 922(a)(1)(A)

D-2   ALBERT JAMES SHELBY-JOURNEY-EGNIS

In August and September of 2020, in the Eastern District of Michigan, ALBERT JAMES SHELBY-JOURNEY-EGNIS, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT THIRTEEN
### Receipt of a Firearm by a Person Under Indictment
### 18 U.S.C. § 922(n)

D-2   ALBERT JAMES SHELBY-JOURNEY-EGNIS

On or about March 3, 2021, in the Eastern District of Michigan, the defendant, ALBERT JAMES SHELBY-JOURNEY-EGNIS, who was then under indictment in the Sixth Circuit Court, Oakland County, Michigan for a crime punishable by a term exceeding one year, to wit: Organized Retail Crime, M.C.L. 752.1084, willfully received a firearm, to wit: a Glock model 30s, .45 caliber pistol, said firearm having previously traveled in interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(n).

## FORFEITURE ALLEGATIONS
(18 U.S.C. §§ 924, 981(a)(1)(C); 21 U.S.C. § 853;
28 U.S.C. § 2461(c))

1.  The allegations contained in Counts One through Thirteen of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 924 and 981(a)(1)(C).

2.  As a result of the foregoing violations charged in Counts One through Twenty-One of this Indictment, the defendants RAZAN MATTI and ALBERT JAMES SHELBY-JOURNEY-EGNIS shall, upon conviction, forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28 United States Code, Section 2461(c), any firearm, ammunition, or body armor involved in said offense(s).

**THIS IS A TRUE BILL.**

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

BENJAMIN COATS
Chief, Major Crimes Unit
Assistant United States Attorney


*s/ A. Tare Wigod*
A. TARE WIGOD
DIANE PRINC
Assistant United States Attorneys
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9191
tare.wigod@usdoj.gov


Dated: August 18, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case: 2:21-cr-20535<br>Judge: Lawson, David M.<br>MJ: Grand, David R.<br>Filed: 08-18-2021 At 12:44 PM<br>INDI USA V. MATTI ET AL (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: ATW |

**Case Title:** USA v. D-1 Razan Matti, D-2 Albert James Shelby-Journey Egnis a/k/a James Egnis

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number: Matti: 21-mj-30176/Egnis 21-mj-30295]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 18, 2021
Date

A. Tare Wigod
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9191
Fax: 313-226-2372
E-Mail address: tare.wigod@doj.gov
Attorney Bar #: P58479

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.